UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THE STATE OF MISSISSIPPI, EX REL.
JIM HOOD, ATTORNEY GENERAL
FOR THE STATE OF MISSISSIPPI,

    Plaintiff,

V.

                                                No. 3:08cv780-HTW-LRA

ENTERGY MISSISSIPPI, ET AL.

    Defendants.

## ORDER

Considering the foregoing Motion and Notice to Amend Interlocutory Order to Include Certification Prescribed by 28 U.S.C.A. §1292(b) and Fed. R. App. P. 5(a) filed by petitioner, the State of Mississippi, ex rel. Jim Hood, Attorney General for the State of Mississippi,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Order on petitioner's Motion to Remand Re-Urged (Doc. 68) be and is hereby amended to permit the plaintiff to appeal this court's order denying remand, finding that this district court has federal question subject-matter jurisdiction over this litigation. The undersigned is persuaded that this court's order involves a controlling question of law and that there is ground for difference of opinion.

    ORDERED April 29, 2015.

*[signature]*
JUDGE, UNITED STATES DISTRICT COURT

1