IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 15-90011

A True Copy
Certified order issued Jun 08, 2015

Jyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

STATE OF MISSISSIPPI, ex rel, Jim Hood, Attorney General for the State of Mississippi,

      Plaintiff - Petitioner

v.

ENTERGY MISSISSIPPI, INCORPORATED; ENTERGY CORPORATION; ENTERGY SERVICES, INCORPORATED; ENTERGY POWER, INCORPORATED; FICTITIOUS DEFENDANTS A-Z, those individuals, corporations or otherwise who acted as officer, director, agent, representative or employee of any of the other defendants, and have acted within the course and scope of that official capacity, agency, representation or employment,

      Defendants - Respondents

Motion for Leave to Appeal
Pursuant to 28 U.S.C. § 1453

Before DENNIS, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:

      IT IS ORDERED that the motion for leave to appeal under 28 U.S.C. § 1453 is DENIED.