## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**THE STATE OF MISSISSIPPI,** *EX REL*
**JIM HOOD, ATTORNEY GENERAL FOR**
**THE STATE OF MISSISSIPPI**                                              **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 3:08-cv-780-HTW-LRA**

**ENTERGY MISSISSIPPI, ET AL.**                                              **DEFENDANTS**

## ORDER

Before the court are two motions: (1) a motion for leave to file excess pages [docket no. 55] and (2) a motion for a status conference [docket no. 67].

Inasmuch as there is not opposition to the filing of excess pages, this court grants the motion for excess pages. [docket no. 55].  As to the motion for status conference [docket no. 67], that motion requested a hearing on plaintiff's motion to remand.  As this court has already ruled on said motion, the motion for a status conference [docket no. 67] is dismissed as moot.

**SO ORDERED AND ADJUDGED**, this, the 30<u>th</u> of September, 2015.


                                              **s/ HENRY T. WINGATE**
                                              **UNITED STATES DISTRICT JUDGE**