# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 29, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-60610    In re: State of Mississippi  
                            USDC No. 3:08-CV-780

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Shea E. Pertuit, Deputy Clerk  
                                  504-310-7666

Mr. David William Carpenter  
Mr. Arthur S. Johnston III  
Ms. Shelley Ann McGlathery  
Mr. Jon Kenton Parsons  
Mr. Luke F. Piontek  
Mr. Harold Edward Pizzetta III  
Mr. James L. Robertson  
Mr. Charles Edwin Ross  
Mr. James W. Snider Jr.  
Mr. O. H. Bud Storey  
Mr. Michael Brunson Wallace  
Honorable Henry T. Wingate