**Documents to be Brought to Deposition**

In accordance with the Subpoena to Testify at a Deposition in a Civil Action served on Bates White, LLC, the documents to be brought to the Rule 30(b)(6) deposition are as follows:

1. Report prepared by Bates White, LLC, entitled "Evaluation of the Entergy Mississippi Proposal to Join MISO, Report to the Mississippi Public Service Commission," dated July 6, 2012, filed in Mississippi Public Service Commission Docket 2011-UA-376.

2. Supplemental report of Bates White, LLC, entitled "Evaluation of the Entergy Mississippi Proposal to Join MISO, Report to the Mississippi Public Service Commission," dated July 11, 2012, filed in Mississippi Public Service Commission Docket 2011-UA-376.

3. Presentation of Bates White, LLC entitled "Evaluation of Entergy Mississippi's Proposal to Join MISO/MPSC Technical Conference," dated July 16, 2012.

4. Report prepared by Bates White, LLC, entitled "Evaluation of the Entergy Mississippi Proposal to Join MISO, Report to the Mississippi Public Service Commission, REVISED," dated August 26, 2012, filed in Mississippi Public Service Commission Docket 2011-UA-376.

5. Invoice No. 9085 dated May 23, 2012, with time detail, issued to Mr. Joel Bennett, Director of Finance and Personnel, Mississippi Public Service Commission, re MPSC Entergy Application Review, reflecting fees and expenses in the total amount of $234,698.10.

**EXHIBIT "B"**

6.     Invoice No. 9561 dated September 11, 2012, with time detail, issued to Mr. Joel Bennett, Director of Finance and Personnel, Mississippi Public Service Commission, re MPSC Entergy Application Review, reflecting fees and expenses in the total amount of $362,512.79.

7.     Invoice No. 9818 dated December 18, 2012, with time detail, issued to Mr. Joel Bennett, Director of Finance and Personnel, Mississippi Public Service Commission, re MPSC Entergy Application Review, reflecting fees and expenses in the total amount of $96,142.23.

8.     Any other reports and invoices, and any correspondence, prepared by Bates White, LLC related to the matters set forth in 1 through 7 above.