# In the Matter of:

*The State of Mississippi Rel. Jim Hood, et al*

*vs.*

*Entergy Mississippi, Inc., et al*

## David DeRamus, Ph.D.

February 23, 2018



504-833-3330
www.currenland.com



EXHIBIT B

1  least the ones that I looked at, were
2  dispatched significantly less after Entergy
3  join MISO.
4      Q.   Have you performed any assessment of
5  the reasons why joining MISO enabled the
6  operating companies to decrease the reliance on
7  the legacy gas units?
8      A.   Well, I wouldn't say I've done a
9  detailed analysis of that.  I have a general
10 appreciation for the difference in terms of
11 MISO's operation of the system versus -- of the
12 transmission network rather than Entergy's.
13 It's a very different protocol for dispatching
14 resources.  So -- But, again, I have not gone
15 through a detailed analysis of that.
16     Q.   And you were here yesterday when
17 Dr. Yang was asked about the Bates White report
18 that was presented to the Mississippi Public
19 Service Commission regarding EMI's proposal to
20 join MISO several years ago; correct?
21     A.   Yes, I was here yesterday when he
22 was asked that question.
23     Q.   Are you familiar with that report?
24     A.   Only insofar as I know it exists.  I
25 have not read the report.

```
 1        Q.   Did you participate in developing
 2   it?
 3        A.   No, I did not.
 4        Q.   Have you performed any analysis of
 5   the LMPs near the EMI generating units, legacy
 6   generating units?
 7        A.   For this proceeding?
 8        Q.   Well, at all.  Have you had occasion
 9   to take a look at those LMPs relative to the
10   dispatch cost of those units?
11        A.   Can you give me one minute, please?
12        Q.   Sure.
13             (Whereupon a pause occurred in the
14          proceedings.)
15        THE WITNESS:
16             I don't -- Well, I don't think I've
17         done any analysis that compared the LMPs
18         relative to the generating costs of those
19         units, if that was your question.
20   EXAMINATION BY MR. STRAIN:
21        Q.   Okay.  Well, you're aware that those
22   units are still being dispatched in MISO;
23   correct?
24        A.   To a minimal extent.  I have a
25   figure in my report, that I could point you
```

WITNESS' CERTIFICATE

I have read or have had read to me the foregoing transcript and find same to be true and correct with the exception of any changes or corrections listed on the attached amendment sheet.

_____
DAVID DeRAMUS, Ph.D.

_____
DATE SIGNED

1    REPORTER'S CERTIFICATE
2         This certification is valid only for a transcript accompanied by my original signature
3    and original required seal on this page.
          I, Kathy Shaw-Gallagher, Certified Court
4    Reporter in and for the State of Louisiana, as the officer before whom this testimony was
5    taken, do hereby certify that DAVID DeRAMUS, Ph.D., to whom oath was administered, after
6    having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinabove set
7    forth in the foregoing 272 pages; that this testimony was reported by me in stenotype
8    reporting method, was prepared and transcribed by me or under my personal direction and
9    supervision, and is a true and correct transcript to the best of my ability and
10   understanding; that the transcript has been prepared in compliance with transcript format
11   guidelines required by statute or by rules of the board, and that I am informed about the
12   complete arrangement, financial or otherwise, with the person or entity making arrangements
13   for deposition services; that I have acted in compliance with the prohibition on contractual
14   relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and
15   advisory opinions of the board; that I have no actual knowledge of any prohibited employment
16   or contractual relationship, direct or indirect, between a court reporting firm and
17   any party litigant in this matter nor is there any such relationship between myself and a
18   party litigant in this matter nor is there any such relationship between myself and a party
19   litigant in this matter; I am not related to counsel or to the parties herein, nor am I
20   otherwise interested in the outcome of this matter.
21
                _____
22              KATHY SHAW-GALLAGHER, CCR, RPR
                Certified Court Reporter
23              Curren Court Reporters
                749 Aurora Avenue
24              Suite 4
                Metairie, Louisiana  70005
25