**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| THE STATE OF MISSISSIPPI EX REL. JIM HOOD, ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI, | ) ) ) | |
| | ) | |
| **Plaintiff-Counterclaim Defendant,** | ) | |
| | ) | **No. 3:08-CV-780-CWR-LRA** |
| **v.** | ) | |
| | ) | |
| ENTERGY MISSISSIPPI, INC., ENTERGY CORPORATION, ENTERGY SERVICES, INC., AND ENTERGY POWER, INC., | ) ) ) | **ORAL ARGUMENT REQUESTED** |
| | ) | |
| **Defendants-Counterclaim Plaintiffs.** | ) | |

**MOTION UNDER FEDERAL RULE OF EVIDENCE 702 TO PROHIBIT THE
TESTIMONY OF PLAINTIFF'S EXPERT DR. DAVID DERAMUS
ON ISSUES OF LIABILITY AND DAMAGES**

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants Entergy Corporation, Entergy Mississippi, Inc. ("EMI"), Entergy Services, Inc., and Entergy Power, Inc. (collectively, "Defendants") respectively move that the court exclude the testimony of Plaintiff's expert Dr. David DeRamus. Defendants respectfully request oral argument.

This motion is based on the ground that Dr. DeRamus lacks the necessary operational and energy purchasing expertise to opine on certain assumptions—(1) EMI could have made additional purchases of energy from Independent Power Producers without negatively impacting the reliability of the electricity grid, and (2) the additional purchases were available on the market at a moment's notice—that are necessary to support his damages methodology. To the extent Dr. DeRamus relies on Plaintiff's other experts, Dr. Spencer Yang and Neil Copeland, those experts' analyses fail to provide sufficient information to validate those assumptions. Dr. DeRamus's

damages models are also unreliable because they rely on unrealistic speculation regarding system dispatch and the wholesale power market.  Thus, Dr. DeRamus's testimony should be stricken under *Daubert* and Rule 702.

In support of this motion, Defendants attach the following exhibits:

| | |
|---|---|
| Exhibit A | Deposition Transcript of Dr. David DeRamus (Feb. 23, 2018) (excerpts) [to be filed under seal] |
| Exhibit B | Deposition Transcript of Spencer S. Yang (Feb. 22, 22, 2018) (excerpts) [to be filed under seal] |
| Exhibit C | Expert Report of Eugene T. Meehan (Mar. 5, 2018) [to be filed under seal] |
| Exhibit D | Deposition Transcript of Mr. Neil Copeland (Feb. 21, 2018) (excerpts) [to be filed under seal] |
| Exhibit E | MPSC Docket 2011-UA-376, Joint Application of Entergy Mississippi, Inc., and the Midwest Independent Transmission System Operator, Inc., for Transfer of Functional Control of Entergy Mississippi's Transmission Facilities to MISO, Order (Nov. 15, 2012) |

In further support of this motion, Defendants will file a memorandum brief, the arguments and authorities in which are incorporated in this motion by reference.

RESPECTFULLY SUBMITTED, this 20th day of June, 2018.

ENTERGY MISSISSIPPI, INC.,
ENTERGY CORPORATION, ENTERGY
SERVICES, INC. AND ENTERGY
POWER, INC., Defendants

By /s/ Roy D. Campbell, III

Roy D. Campbell, III (MSB 5562)
J. William Manuel (MSB 9891)
Alicia N. Netterville (MSB 105055)

BRADLEY ARANT BOULT
CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 400
P.O. Box 1789
Jackson, MS 39215-1789
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000
rcampbell@bradley.com
wmanuel@bradley.com
anetterville@bradley.com

Charles E. Ross (MSB 5683)
James L. Robertson (MSB 5612)
Rebecca Hawkins (MSB 8786)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, MS  39205-0651
Telephone:  (601) 968-5534
Facsimile:  (601) 944-7738
jlr@wisecarter.com
cer@wisecarter.com
rwh@wisecarter.com

OF COUNSEL:

Jay Breedveld, *Pro Hac Vice*
Mark Strain, *Pro Hac Vice*
Duggins Wren Mann & Romero
600 Congress Avenue, Suite 1900
Austin, TX 78702
Telephone:  (512) 744-9300
Facsimile:  (512) 744-9399
jbreedveld@dwmrlaw.com
mstrain@dwmrlaw.com

Sanford I. Weisburst, *Pro Hac Vice*
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
sandyweisburst@quinnemanuel.com

Tianna H. Raby (MSB 100256)
Christopher R. Shaw (MSB 100393)
Entergy Mississippi, Inc.
308 E. Pearl Street, Suite 700 (39201)
Mail Unit M-ELEC-4A
P.O. Box 1640
Jackson, MS  39215-1640
Telephone:  (601) 969-2656
Facsimile:  (601) 969-2696
traby@entergy.com
cshaw4@entergy.com

John A. Braymer, *Pro Hac Vice*
Associate General Counsel
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70133
jbrayme@entergy.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

This 20th day of June, 2018.

/s/ Roy D. Campbell, III
Roy D. Campbell, III