# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**STATE OF MISSISSIPPI ex rel. Jim Hood,**  **PLAINTIFF**
**Attorney General**

**V.**  **CAUSE NO. 3:08-CV-780-CWR-LRA**

**ENTERGY MISSISSIPPI, INC., et al.**  **DEFENDANTS**

## ORDER

At this morning's pretrial conference, the parties and the Court discussed the pending motions. The outcome of that conversation is as follows:

The defendants' motion to strike jury demand [Docket No. 304] was previously granted as confessed. Upon consideration of the supplemental briefing, the Court will not seat an advisory jury. The bench trial will proceed in Jackson.

Given that ruling, the parties agreed that their motions in limine and related requests [Docket Nos. 322-26 and 328] were moot. The parties may renew their objections at trial.

The parties further agreed that their *Daubert* motions [Docket Nos. 272, 274, 277, and 279] were moot, subject again to their right to object at trial.

Still pending are the defendants' motion to strike supplemental reports [Docket No. 232] and the defendants' summary judgment motions [Docket Nos. 262 and 266].

**SO ORDERED**, this the 11th day of October, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
