IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**STATE OF MISSISSIPPI ex rel. Jim Hood,**  **PLAINTIFF**
**Attorney General**

**V.**  **CAUSE NO. 3:08-CV-780-CWR-LRA**

**ENTERGY MISSISSIPPI, INC., et al.**  **DEFENDANTS**

## ORDER

Before the Court is the plaintiff's ore tenus motion requesting an Order directing that all trial subpoenas previously issued by any party to this cause remain in full force and effect up to and until the conclusion of the trial of this cause, which is now scheduled for April 1, 2019. The Court, having considered this request, finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that any and all trial subpoenas issued in this cause which would have compelled the appearance of a witness at the trial beginning on November 5, 2018, shall remain in full force and effect and be carried over to the new trial setting of April 1, 2019.

**SO ORDERED**, this the 31st day of October, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE