IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**STATE OF MISSISSIPPI ex rel. Jim Hood,**                                              **PLAINTIFF**
**Attorney General**

**V.**                                                           **CAUSE NO. 3:08-CV-780-CWR-LRA**

**ENTERGY MISSISSIPPI, INC., et al.**                                     **DEFENDANTS**

## ORDER

Before the Court is the defendants' motion to strike portions of the plaintiff's rebuttal expert reports. The motion fails to persuade. The reports in question were filed in accordance with the Case Management Order, which explicitly provided for rebuttal expert reports, and are within the scope of a proper rebuttal. Prejudice is also lacking, as the parties in this case have had the benefit of thorough expert opinions and plenty of time with which to prepare equally-thorough responses.

The motion is denied.

**SO ORDERED**, this the 25th day of March, 2019.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE