| Exhibit No. | File Name |
|---|---|
| D-0648-R | (D-0648-R).pdf |
| D-0771-R | (D-0771-R).pdf |
| D-1085 | (D-1085) JPH Insert 1000 (03.21.08 Legacy Gen compared to QF Pup Nelson 6 and Attala).pdf |
| D-1088 | (D-1088) JPH Insert 3000 (09.06.05 EMI Legacy Gen compare to DeRamus Assumption).pdf |
| D-1089 | (D-1089) Q272- EMI Legacy Generation (09.05.05).pdf |
| D-1090-R | (D-1090-R).pdf |
| D-1092-R | (D-1092-R).pdf |
| D-1095-R | (D-1095-R).pdf |
| D-1096-R | (D-1096-R).pdf |
| D-1097-R | (D-1097-R).pdf |
| D-1215 | (D-1215) Acquisitions of combined cyle facilities in Entergy Mkt Area by other Utilities table.pdf |
| D-1216 | (D-1216) Merchant Pwr Plants in TVA and MISO that have been acquired by itilities table.pdf |
| D-1218 | (D-1218) 03.21.08 Table 7 Damages.pdf |
| D-1251-R | (D-1251-R).pdf |
| D-1254-R | (D-1254-R).pdf |
| D-1255 | (D-1255) Instantaneous QF Put (06.06.06).pdf |
| D-1265-R | (D-1265-R).pdf |
| D-1273 | (D-1273) Intra-Hour Load Swing Illustrative.pdf |
| D-0608 | (D-0608) Hurstell Reply Testimony in MPSC Docket 2008-AD-158 (July 2008).pdf |
| D-0613 | (D-0613) Figure JPH-12 from Hurstell Expert Report.pdf |
| D-0614 | (D-0614) Figure JPH-13 from Hurstell Expert Report.pdf |
| D-0615 | (D-0615) Figure JPH-14 from Hurstell Expert Report.pdf |
| D-0618 | (D-0618) Figure JPH-18 from Hurstell Expert Report.pdf |
| D-0619 | (D-0619) Figure JPH-19 from Hurstell Expert Report.pdf |
| D-0620 | (D-0620) Figure JPH-20 from Hurstell Expert Report.pdf |
| D-0626 | (D-0626) Figure JPH-27 from Hurstell Expert Report.pdf |
| D-0648-R | (D-0648-R).pdf |
| D-0771-R | (D-0771-R).pdf |
| D-0864 | (D-0864) 08.25.04 Hearing Transcript in MPSC Docket 2004-UA-354.pdf |
| D-0961 | (D-0961) Direct Test of J Hurstell (11.16.07) ER-07-956-001.pdf |
| D-1073 | (D-1073) JPH exhibit- Daily supply plan.pdf |
| D-1083-R | (D-1083-R).pdf |
| D-1090-R | (D-1090-R).pdf |
| D-1092-R | (D-1092-R).pdf |
| D-1095-R | (D-1095-R).pdf |
| D-1096-R | (D-1096-R).pdf |
| D-1097-R | (D-1097-R).pdf |
| D-1215 | (D-1215) Acquisitions of combined cyle facilities in Entergy Mkt Area by other Utilities table.pdf |
| D-1216 | (D-1216) Merchant Pwr Plants in TVA and MISO that have been acquired by itilities table.pdf |

EXHIBIT A

| D-1218 | (D-1218) 03.21.08 Table 7 Damages.pdf |
| --- | --- |
| D-1227-R | (D-1227-R) |
| D-1244-R | (D-1244-R).pdf |
| D-1248-R | (D-1248-R).pdf |
| D-1251-R | (D-1251-R).pdf |
| D-1254-R | (D-1254-R).pdf |
| D-1255 | (D-1255) Instantaneous QF Put (06.06.06).pdf |
| D-1265-R | (D-1265-R).pdf |
| D-1273 | (D-1273) Intra-Hour Load Swing Illustrative.pdf |
| D-1277 | (D-1277).pdf |