IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| THE STATE OF MISSISSIPPI, EX REL. JIM HOOD, ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI, | |
| Plaintiff-Counterclaim Defendant | |
| v. | No. 3:08-CV-780-CWR-LRA |
| ENTERGY MISSISSIPPI, INC., ENTERGY CORPORATION, ENTERGY SERVICES, INC., AND ENTERGY POWER, INC., | |
| Defendants-Counterclaim Plaintiffs | |

**PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL AND
FOR RELATED RELIEF**

NOW INTO COURT, through undersigned counsel, comes Jim Hood, the Attorney General for the State of Mississippi (the "State" or "Plaintiff"), to respectfully submit this Opposition to Defendants' Motion to Compel and for Related Relief (Doc. 364) ("Motion to Compel"), and requests that this Court deny Defendants' Motion to Compel for the reasons set forth below.

Defendants seek an order of this Court compelling Plaintiff to submit his pre-trial Proposed Findings of Fact and Conclusions of Law no later than noon on April 1, 2019, to continue the start of trial until April 3, 2019, and to require that Plaintiff's post-trial Proposed Findings of Fact and Conclusions of Law be submitted three days before Defendants submit their post-trial Proposed Findings of Fact and Conclusions of Law. Defendants' Motion to Compel is yet another attempt by Defendants to get the last word in this case and to further derail Plaintiff's trial preparations.

1

The sole support for Defendants' Motion to Compel is the Minute Entry regarding the pre-trial conference in this matter. The March 1, 2019 Minute Entry reads, in part, "Parties were hereby directed to submit their Exhibit and Witness Lists, Final Pretrial Order and Proposed Findings of Fact and Conclusion of Law by March 27, 2019." Defendants interpret the Minute Entry as requiring the parties to submit Proposed Findings of Fact and Conclusion of Law by March 27, 2019, however, Your Honor made it abundantly clear at the March 1, 2019 pre-trial conference that the parties *could* submit such Proposed Findings of Fact and Conclusion of Law *if they chose to do so*. Your Honor stated that, if a party chose to submit such proposed findings and conclusions "on the front end", that the deadline for doing so would be by close of business on March 27, 2019. There was and is no requirement for the Plaintiff to submit *pre-trial* Proposed Findings of Fact and Conclusion of Law, therefore, Defendants' Motion to Compel should be denied. Further, there is no prejudice created by Defendants choosing to submit pre-trial Proposed Findings of Fact and Conclusion of Law, as Defendants' Proposed Findings of Fact and Conclusion of Law appear to be a recitation of their experts' unfounded conclusions and the arguments raised in their motions for summary judgment. As none of this appears to be new information, there can be no prejudice.

Regardless, even if this Court did intend to change its position on the voluntary nature of the pre-trial Proposed Findings of Fact and Conclusion of Law via the Minute Entry (which is not evident from such Minute Entry), Defendants have not shown remotely sufficient cause to delay the trial of this matter, which has been pending for over 10 years and is on its second setting. Proposed Findings of Fact and Conclusion of Law are typically submitted post-trial after all of the evidence has been submitted and legal arguments completed. A party may wish to submit such proposed findings and conclusions prior to trial but there is no requirement in the Federal Rules of Civil Procedure or the Local Rules of this Court to do so.

Finally, Defendants' request that Plaintiff be required to submit his post-trial Proposed Findings of Fact and Conclusion of Law three days prior to Defendants' post-trial Proposed Findings of Fact and Conclusion of Law is another baseless attempt to get the last word in this matter and should be rejected along with Defendants' other requests in its Motion to Compel.

WHEREFORE, Plaintiff Jim Hood, the Attorney General for the State of Mississippi, respectfully requests that this Court deny Defendants' Motion to Compel.

**By: JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI**

/s/ LUKE F. PIONTEK
J. Kenton Parsons (La. Bar No. 10377)
Luke F. Piontek (La. Bar No. 19979)
Andre G. Bourgeois (La. Bar No. 19298)
Shelley Ann McGlathery (La. Bar No. 32585)
*Pro Hac Vice*
**ROEDEL PARSONS KOCH BLACHE
BALHOFF & McCOLLISTER**
A Law Corporation
8440 Jefferson Highway, Suite 301
Baton Rouge, Louisiana 70809
Telephone: (225) 929-7033
Facsimile: (225) 928-4925

Vincent F. Kilborn, III, Esq. (MSB #103028)
Special Assistant Attorney General
**KILBORN & ROEBUCK**
Post Office Box 478
Montrose, Alabama 36559
Telephone: (251) 479-9010
Fax: (251) 479-6747

Harold E. Pizzetta, III, MSB No. 99867
Bridgette W. Wiggins, MSB No. 9676
**Office of the Attorney General**
P. O. Box 220
Jackson, Mississippi 39225-2947
Telephone: (601) 359-4230
Facsimile: (601) 359-4231

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Luke F. Piontek, Attorney for the State of Mississippi, do hereby certify that on March 29, 2019, I caused to be electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| James L. Robertson, Esq.<br>Michael B. Wallace, Esq.<br>Charles E. Ross, Esq.<br>Rebecca W. Hawkins, Esq.<br>Wise, Carter, Child & Caraway, PA<br>Post Office Box 651<br>Jackson, Mississippi 39205 | Jay Breedveld, Esq.<br>Mark Strain, Esq.<br>Duggins Wren Mann & Romero<br>600 Congress Avenue, Suite 1900<br>Austin, TX 78701 |
| John A. Braymer, Esq.<br>Associate General Counsel<br>Entergy Services, Inc.<br>639 Loyola Avenue, #2600<br>New Orleans, LA 70113 | John D. Martin, Esq.<br>Nelson Mullins Riley & Scarborough, LLP<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201 |
| Roy D. Campbell, III<br>J. William Manuel<br>Alicia N. Netterville<br>Bradley Arant Boult Cummings, LLP<br>One Jackson Place, Suite 400<br>188 East Capitol Street<br>Post Office Box 1789<br>Jackson, MS 39215-1789 | Sanford I. Weisburst, *Pro Hac Vice*<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>sandyweisburst@quinnemanuel.com |
| Tianna H. Raby, Esq.<br>Christopher R. Shaw, Esq.<br>Entergy Mississippi, Inc.<br>308 E. Pearl Street, Suite 700 (39201)<br>Mail Unit M-ELEC-4A<br>P.O. Box 1640<br>Jackson, Mississippi 39215-1640 | |

This the 29th day of March, 2019.

                                                /s/ LUKE F. PIONTEK
                                                Luke F. Piontek (La. Bar No. 19979)